**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 117 MM 2023 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| URVE MAGGITTI, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 4th day of January, 2024, the "Petition for Writ of Prohibition alternatively Petition for Writ of Certiorari and Emergency Injunction for Stay" is DENIED.

Justice McCaffery did not participate in the consideration or decision of this matter.